# Third District Court of Appeal

## State of Florida

Opinion filed December 31, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0555
Lower Tribunal No. 22-3160-SP-26
_____

**Star Casualty Insurance Company,**
Appellant,

vs.

**Dr. Car Glass, LLC,**
**a/a/o Yoel Rivero,**
Appellee.


An Appeal from a non-final order from the County Court for Miami-Dade County, Gordon Murray, Judge.

Cole, Scott & Kissane, P.A., and Mark D. Tinker, and Brandon J. Tyler (Tampa), for appellant.

Kula & Associates, P.A., and Elliot B. Kula, and William D. Muller, for appellee.


Before LINDSEY, LOBREE, and GOODEN, JJ.

PER CURIAM.

Affirmed.